■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v THOMAS AQUINO, Also Known as THOMAS A. AQUINO, Appellant. [893 NYS2d 798]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered June 17, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLIN KEMP, Appellant. [893 NYS2d 777]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered March 28, 2008. The judgment convicted defendant, upon his plea of guilty, of arson in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.